IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HAROLD PELHAM                                                                                    PLAINTIFF

v.                                       No. 4:10-cv-156-DPM

ROGERS GROUP, INC.                                                                          DEFENDANT

ORDER

The Court appreciates Pelham's 3 October 2011 status report. The Court will delay issuing an amended final scheduling order until late November. Status report due by 15 November 2011. The Court alerts counsel that it is growing concerned about the lack of forward motion.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 October 2011