IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HAROLD PELHAM                                                                        PLAINTIFF

v.                                    No. 4:10-cv-156-DPM

ROGERS GROUP, INC.                                                              DEFENDANT

ORDER

The parties' joint motion to dismiss, *Document No. 15*, is granted. FED. R. CIV. P. 41(a)(2). The complaint and counterclaim are dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 October 2011