IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HAROLD PELHAM**                                                              **PLAINTIFF**

v.                               No. 4:10-cv-156-DPM

**ROGERS GROUP, INC.**                                              **DEFENDANT**

## JUDGMENT

Based on the parties' agreement, the complaint and counterclaim are dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>13 October 2011</u>