IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HAROLD PELHAM                                                          PLAINTIFF

v.                              No. 4:10-cv-156-DPM

ROGERS GROUP, INC.                                                    DEFENDANT

JUDGMENT

Based on the parties' agreement, the complaint and counterclaim are dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 October 2011